# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2010

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Conner, Christopher C. | Middle District Pennsylvania | 05/11/2011 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - Active | ☐ Nomination, Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2010<br>to<br>12/31/2010 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| P.O. Box 847<br>Harrisburg, PA 17108-0847 | Reviewing Officer_____ Date_____ |

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Custodian | Fidelity Advisor 529 College Savings Plans #1 and #2 |
| 2. | Trustee | Trustee Account #1 |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

**Conner, Christopher C.**

| Name of Person Reporting | Date of Report |
|---|---|
| Conner, Christopher C. | 05/11/2011 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2010 | The Pennsylvania State University - teaching salary |
| 2. 2010 | Self-employed hearing and appeals officer |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conner, Christopher C. | 05/11/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✓  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✓  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conner, Christopher C. | 05/11/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. | Metro Bank cash accounts (Y) | | | | | | | | | |
| 2. | PNC Bank, NA cash accounts | A | Interest | J | T | | | | | |
| 3. | Pennsylvania State Employees Credit Union cash account (Y) | | | | | | | | | |
| 4. | Dow Chemical Company common stock (Y) | | | | | | | | | |
| 5. | PNM Resources Inc. common stock (Y) | | | | | | | | | |
| 6. | Conseco Life Insurance Co. - flexible premium life ins pol | A | Interest | J | T | | | | | |
| 7. | RENTAL PROPERTY, Mechanicsburg, PA (2004, $302,250) | E | Rent | N | R | | | | | |
| 8. | FIDELITY ADVISOR 529 COLLEGE SAVINGS PLAN #1 | | | | | | | | | |
| 9. | - FA 529 Diversified International Portfolio Class A | | None | J | T | | | | | |
| 10. | | | | | | Sold (part) | 10/05/10 | J | | |
| 11. | - FA 529 Mid Cap Portfolio Class A | | None | J | T | | | | | |
| 12. | | | | | | Sold (part) | 10/05/10 | J | | |
| 13. | - FA 529 Small Cap Portfolio Class A | | None | J | T | | | | | |
| 14. | | | | | | Sold (part) | 10/05/10 | J | | |
| 15. | - FA 529 Money Market Portfolio Class A | | None | J | T | Buy | 10/05/10 | J | | |
| 16. | - FA 529 High Income Portfolio Class A | | None | J | T | Buy | 10/05/10 | J | | |
| 17. | - FA 529 Intermediate Bond Portfolio Class A | | None | J | T | Buy | 10/05/10 | J | | |

1. Income Gain Codes: (See Columns B1 and D4)
 A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
 F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes: (See Columns C1 and D3)
 J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
 N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
 P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000
3. Value Method Codes: (See Column C2)
 Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
 U =Book Value   V =Other   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Conner, Christopher C. | 05/11/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. FIDELITY ADVISOR 529 COLLEGE SAVINGS PLAN #2 | | | | | | | | | |
| 19. - FA 529 Diversified International Portfolio | | None | J | T | | | | | |
| 20. | | | | | Sold (part) | 10/05/10 | J | | |
| 21. - FA 529 Mid Cap Portfolio | | None | J | T | | | | | |
| 22. | | | | | Sold (part) | 10/05/10 | J | | |
| 23. - FA 529 Small Cap Portfolio | | None | K | T | | | | | |
| 24. | | | | | Sold (part) | 10/05/10 | J | | |
| 25. - FA 529 Dividend Growth Portfolio Class A | | None | J | T | Buy | 10/05/10 | J | | |
| 26. - FA 529 High Income Portfolio Class A | | None | J | T | Buy | 10/05/10 | J | | |
| 27. - FA 529 Intermediate Bond Portfolio Class A | | None | J | T | Buy | 10/05/10 | J | | |
| 28. MERRILL LYNCH IRRA #1 (Rolled over to Schwab IRA #1) | | | | | | | | | |
| 29. -FIA Card Services money market account (formerly ML Bank) | A | Interest | | | Closed | 07/15/10 | L | | Roll-over to Line 116 |
| 30. - ConocoPhillips common stock | | None | | | | | | | |
| 31. | | | | | Sold | 02/05/10 | J | | |
| 32. - Deere Company common stock | A | Dividend | | | | | | | |
| 33. | | | | | Sold | 02/02/10 | K | | |
| 34. - Lord Abbett Value Opportunities Fund Class F | | None | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R = Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conner, Christopher C. | 05/11/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. | | | | | Sold | 01/05/10 | K | B | |
| 36. - Marathon Oil Corporation common stock | | None | | | | | | | |
| 37. | | | | | Sold | 02/04/10 | J | | |
| 38. - Murphy Oil Corporation common stock | | None | | | | | | | |
| 39. | | | | | Sold | 01/29/10 | K | | |
| 40. - Consolidated Energy Inc common stock | | None | | | | | | | |
| 41. | | | | | Sold | 02/03/10 | K | | |
| 42. - Fidelity Advisors Inflation Protected Bond Class 1 | A | Dividend | | | | | | | |
| 43. | | | | | Sold (part) | 02/05/10 | K | B | |
| 44. | | | | | Sold | 06/21/10 | K | B | |
| 45. - Fidelity Advisors Strategic Income Fund | A | Dividend | | | | | | | |
| 46. | | | | | Sold | 02/25/10 | L | C | |
| 47. - Templeton Global Bond Fund | C | Dividend | | | | | | | |
| 48. | | | | | Buy (add'l) | 02/26/10 | K | | |
| 49. | | | | | Buy (add'l) | 03/10/10 | K | | |
| 50. | | | | | Sold (part) | 04/09/10 | J | | |
| 51. | | | | | Sold | 07/15/10 | M | | Roll-over to Line 117 |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conner, Christopher C. | 05/11/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. - ING Global Bond Fund Class A | B | Dividend | | | | | | | |
| 53. | | | | | Sold | 03/10/10 | L | | |
| 54. - ING Global Value Choice Fund Class I | | None | | | Buy | 01/20/10 | K | | |
| 55. | | | | | Sold | 06/21/10 | K | | |
| 56. - Franklin Utilities Fund | C | Dividend | | | Buy | 01/27/10 | K | | |
| 57. | | | | | Buy (add'l) | 01/29/10 | K | | |
| 58. | | | | | Buy (add'l) | 02/01/10 | K | | |
| 59. | | | | | Buy (add'l) | 02/05/10 | J | | |
| 60. | | | | | Buy (add'l) | 02/26/10 | K | | |
| 61. | | | | | Buy (add'l) | 03/10/10 | K | | |
| 62. | | | | | Sold | 07/15/10 | M | | Roll-over to Line 120 |
| 63. - PPL Corporation common stock | A | Dividend | | | Buy | 02/10/10 | K | | |
| 64. | | | | | Sold | 07/15/10 | K | | Roll-over to Line 119 |
| 65. - ING Greater China Fund Class I | | None | | | Buy | 03/10/10 | J | | |
| 66. | | | | | Sold | 06/21/10 | J | | |
| 67. - ING Russia Fund Class I | | None | | | Buy | 03/10/10 | J | | |
| 68. | | | | | Sold | 06/21/10 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conner, Christopher C. | 05/11/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A. Description of Assets (including trust assets)<br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | MERRILL LYNCH IRA #2 (Rolled over to Schwab IRA #2) | A | Dividend | | | | | | | |
| 70. | - Ivy Global Natural Resources Fund, Class B | | | | | Sold | 02/02/10 | J | | |
| 71. | - Henderson International Opportunities Fund Class B | | | | | Sold | 06/23/10 | J | | |
| 72. | - Van Kampen 940 Closed End Strategy Cohen & Steers Master | | | | | Buy | 02/02/10 | J | | |
| 73. | | | | | | Sold (part) | 06/29/10 | J | | |
| 74. | | | | | | Sold | 06/29/10 | J | | Roll-over to Line 138 |
| 75. | BROKERAGE ACCOUNT #1 (Closed July 2010) | | | | | | | | | |
| 76. | - FIA Card Services money market account (formerly ML Bank) | A | Interest | | | Closed | 07/26/10 | J | | |
| 77. | - Franklin High Yield Tax Free Income Fund Class C | A | Dividend | | | Buy | 01/06/10 | J | | |
| 78. | | | | | | Sold (part) | 04/26/10 | J | A | |
| 79. | | | | | | Sold | 07/12/10 | J | A | |
| 80. | TRUSTEE ACCOUNT #1 | | | | | | | | | |
| 81. | - FIA Card Services money market account (formerly ML Bank) | A | Interest | | | Closed | 07/26/10 | J | | |
| 82. | - Van Kampen Unit Trust 683 CSD ED Strat Cohen & Steers Mst | B | Dividend | | | | | | | |
| 83. | | | | | | Sold | 06/23/10 | L | | |
| 84. | - Certificate of deposit, Capital One NA McLean | A | Interest | | | | | J | | |
| 85. | | | | | | Sold | 02/02/10 | J | | |

| 1. Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R = Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conner, Christopher C. | 05/11/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. - Certificate of deposit, First Business Bank | A | Interest | | | | | J | | |
| 87. | | | | | Sold | 02/02/10 | J | | |
| 88. - Certificate of deposit, DN Midfirst Bank | A | Interest | | | | | J | | |
| 89. | | | | | Sold | 02/03/10 | J | | |
| 90. - Certificate of deposit, DN Bank Hapoalim BM NY | A | Interest | | | | | L | | |
| 91. | | | | | Sold (part) | 01/26/10 | K | | |
| 92. | | | | | Sold | 03/05/10 | K | | |
| 93. - Franklin High Yield Tax Free Income Fund Class A | B | Dividend | | | | | L | | |
| 94. | | | | | Sold (part) | 03/08/10 | J | | |
| 95. | | | | | Sold | 07/19/10 | L | | |
| 96. - Van Kampen 940 Closed End Strategy Cohen & Steers Master | C | Dividend | | | Buy | 01/26/10 | L | | |
| 97. | | | | | Buy (add'l) | 02/03/10 | J | | |
| 98. | | | | | Buy (add'l) | 03/05/10 | K | | |
| 99. | | | | | Sold (part) | 04/09/10 | J | | |
| 100. | | | | | Sold (part) | 04/13/10 | J | A | |
| 101. | | | | | Sold (part) | 07/07/10 | J | | |
| 102. | | | | | Sold | 07/21/10 | M | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conner, Christopher C. | 05/11/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 103. - Schwab One money market account | A | Interest | J | T | Open | 06/29/10 | L | | |
| 104. - Loomis Sayles Bond Fund Class R | A | Dividend | K | T | Buy | 07/16/10 | K | | |
| 105. - IShares MSCI PAC EX Japan Pacific EX | A | Dividend | K | T | Buy | 07/16/10 | K | | |
| 106. | | | | | Sold (part) | 10/13/10 | J | A | |
| 107. - Pimco Income Fund Class D | B | Dividend | K | T | Buy | 07/22/10 | K | | |
| 108. - Pimco Total Return Fund Class D | D | Dividend | L | T | Buy | 07/22/10 | L | | |
| 109. | | | | | Sold (part) | 12/15/10 | K | | |
| 110. - Scout International common stock | A | Dividend | K | T | Buy | 07/22/10 | K | | |
| 111. - Yacktman Focused Fund | A | Dividend | K | T | Buy | 07/22/10 | K | | |
| 112. - Jensen Portfolio Class J | A | Dividend | K | T | Buy | 12/15/10 | J | | |
| 113. - Oakmark International Fund Class I | A | Dividend | K | T | Buy | 12/15/10 | J | | |
| 114. - T Rowe Price Blue Chip Growth Fund | | None | K | T | Buy | 12/15/10 | K | | |
| 115. CHARLES SCHWAB IRA #1 (roll-over from Merrill Lynch IRRA #1) | | | | | | | | | |
| 116. - Charles Schwab money market account | A | Interest | K | T | Open | 06/29/10 | L | | Roll-over from Line 29 |
| 117. - Templeton Global Bond Fund | C | Dividend | L | T | Buy | 07/15/10 | M | | Roll-over from Line 51 |
| 118. | | | | | Sold (part) | 07/19/10 | L | C | |
| 119. - PPL Corporation common stock | A | Dividend | K | T | Buy | 07/15/10 | K | | Roll-over from Line 64 |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conner, Christopher C. | 05/11/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period<br>(1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | C.<br>Gross value at end<br>of reporting period<br>(1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | D.<br>Transactions during reporting period<br>(1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 120. - Franklin Utilities Fund | | None | | | Buy | 07/15/10 | M | | Roll-over from Line 62 |
| 121. | | | | | Sold | 07/19/10 | M | | |
| 122. - Scout International common stock | A | Dividend | K | T | Buy | 07/19/10 | K | | |
| 123. - IShares MSCI Emerging Markets Fund | A | Dividend | K | T | Buy | 07/16/10 | K | | |
| 124. | | | | | Sold<br>(part) | 10/13/10 | J | A | |
| 125. - Sector SPDR Financial Select Shares of Beneficial Interest | A | Dividend | K | T | Buy | 07/16/10 | K | | |
| 126. - Pimco Total Return Fund Class D | D | Dividend | L | T | Buy | 07/22/10 | M | | |
| 127. | | | | | Sold<br>(part) | 12/10/10 | L | | |
| 128. - IShares Barclays TIPS Bond Fund | A | Dividend | L | T | Buy | 07/20/10 | L | | |
| 129. - Yacktman Focused Fund | A | Dividend | K | T | Buy | 07/22/10 | K | | |
| 130. - Gabelli Small Cap Growth Fund Class AAA | | None | J | T | Buy | 11/09/10 | J | | |
| 131. - Janus Research Fund Class T | A | Dividend | J | T | Buy | 11/09/10 | J | | |
| 132. - TCW Select Equities Fund Class N | | None | J | T | Buy | 11/15/10 | J | | |
| 133. - Jensen Portfolio Class J | A | Dividend | K | T | Buy | 12/15/10 | J | | |
| 134. - Oakmark International Fund Class I | A | Dividend | K | T | Buy | 12/15/10 | J | | |
| 135. - T Rowe Price Blue Chip Growth Fund | | None | K | T | Buy | 12/15/10 | K | | |
| 136. CHARLES SCHWAB IRA #2 (Roll-over from Merrill Lynch IRA #2) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R = Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V = Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conner, Christopher C. | 05/11/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 137. - Charles Schwab money market account | A | Interest | J | T | Open | 06/29/10 | J | | |
| 138. - Van Kampen 940 Closed End Strategy<br>Cohen & Steers Master | A | Dividend | | | Buy | 06/29/10 | J | | Roll-over from Line 74 |
| 139. | | | | | Sold | 07/21/10 | J | | |
| 140. - Pimco Income Fund Class D | A | Dividend | J | T | Buy | 07/22/10 | J | | |
| 141. | | | | | Buy<br>(add'l) | 12/10/10 | J | | |
| 142. - Pimco Total Return Fund Class D | A | Dividend | | | Buy | 07/22/10 | J | | |
| 143. | | | | | Sold | 12/10/10 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conner, Christopher C. | 05/11/2011 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Christopher C. Conner**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544